# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF VIRGINIA

In re:                                            § Case No. 5-08-50222
PHILLIPS, ROBERT D                                §
PHILLIPS, S HEATHER                               §
      Debtor(s)                                 §
                                                  §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOHN G. LEAKE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 254,375.00 | Assets Exempt: 28,900.00 |
| Total Distributions to Claimants: 2,991.15 | Claims Discharged Without Payment: 85,022.68 |
| Total Expenses of Administration: 2,012.12 | |

3) Total gross receipts of $ 5,003.27 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 5,003.27 from the liquidation of the property of the estate, which was distributed as follows:

|                                                              | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3)                              | $ 144,300.00     | $ 0.00          | $ 0.00         | $ 0.00      |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | NA               | 2,012.12        | 2,012.12       | 2,012.12    |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from Exhibit 5)       | NA               | NA              | NA             | NA          |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6)                   | NA               | NA              | NA             | NA          |
| GENERAL UNSECURED CLAIMS (from Exhibit 7)                    | 88,013.83        | 35,863.83       | 35,863.83      | 2,991.15    |
| **TOTAL DISBURSEMENTS**                                      | **$ 232,313.83** | **$ 37,875.95** | **$ 37,875.95**| **$ 5,003.27** |

4) This case was originally filed under chapter 7 on 03/13/2008. The case was pending for 17 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/27/2009          By: /s/JOHN G. LEAKE
                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| TAX REFUNDS | 1124-000 | 3,500.00 |
| BANK ACCOUNT | 1129-000 | 200.00 |
| TAX REFUNDS | 1129-000 | 1,300.00 |
| Post-Petition Interest Deposits | 1270-000 | 3.27 |
| **TOTAL GROSS RECEIPTS** | | **$5,003.27** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

UST Form 101-7-TDR (4/1/2009) (Page 4)

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| CLAIMANT | UNIFORM TRAN. CODE | SCHEDULED CLAIMS (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| WACHOVIA BANK NA PO BOX 563966 CHARLOTTE NC 28256 WACHOVIA BANK NA PO BOX 96074 CHARLOTTE NC 28256 | | 11,300.00 | NA | NA | 0.00 |
| WACHOVIA MORTGAGE CORP CUSTOMER SERVICE DEPT. PO BOX 900006 RALEIGH NC 27675 WACHOVIA MORTGAGE CORP PO BOX 96001 CHARLOTTE NC 28296 | | 133,000.00 | NA | NA | 0.00 |
| TOTAL SECURED CLAIMS | | $ 144,300.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | SCHEDULED CLAIMS | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOHN C. LEAKE, TRUSTEE | 2100-000 | NA | 1,250.32 | 1,250.32 | 1,250.32 |
| JOHN C. LEAKE, TRUSTEE | 2200-000 | NA | 84.34 | 84.34 | 84.34 |
| DALE A DAVENPORT ESQ | 3210-000 | NA | 676.50 | 676.50 | 676.50 |
| DALE A DAVENPORT ESQ | 3220-000 | NA | 0.96 | 0.96 | 0.96 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 2,012.12 | $ 2,012.12 | $ 2,012.12 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| AMERICAN EXPRESS PO BOX 297879 FT LAUDERDALE FL 33329 AMERICAN EXPRESS PO BOX 650448 DALLAS TX 75265 AMERICAN EXPRESS PO BOX 7863 FT LAUDERDALE FL 33329 AMERICAN EXPRESS PO BOX 981535 EL PASO TX 79998 AMERICAN EXPRESS PO BOX 5207 FT LAUDERDALE FL 333 | | 5,500.00 | NA | NA | 0.00 |
| CAPITAL ONE BANK PO BOX 70884 CHARLOTTE NC 28272 CAPITAL ONE PO BOX 30285 SALT LAKE CITY UT 84130 CAPITAL ONE SERVICES INC 15000 CAPITAL ONE DR RICHMOND VA 23238 | | 5,300.00 | NA | NA | 0.00 |
| CAPITAL ONE BANK PO BOX 70884 CHARLOTTE NC 28272 CAPITAL ONE PO BOX 30285 SALT LAKE CITY UT 84130 CITY OF RICHMOND GEN DIST CT CIVIL DIVISION 2ND FL JOHN MARSHALL COURTS BLDG 400 N 9TH ST STE 203 RICHMOND VA 23219 | | 6,200.00 | NA | NA | 0.00 |

UST Form 101-7-TDR (4/1/2009) (Page 7)

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proof of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CHASE BANK PO BOX 15298 WILMINGTON DE 19850 CHASE BANK PO BOX 15325 WILMINGTON DE 19886 CHASE BANK PO BOX 15548 WILMINGTON DE 19886 | | 1,600.00 | NA | NA | 0.00 |
| CITI CARDS PO BOX 6500 SIOUX FALLS SD 57117 CITI CARDS PO BOX 6922 THE LAKES NV 88901 CITI CARDS CARD SERVICE CENTER PO BOX 6921 THE LAKES NV 88901 | | 650.00 | NA | NA | 0.00 |
| COSTCO WHOLESALE RETAIL SERVICES PO BOX 15521 WILMINGTON DE 19850 COSTCO WHOLESALE RETAIL SERVICES PO BOX 17298 BALTIMORE MD 21297 HSBC RETAIL SERVICES PO BOX 5244 CAROL STREAM IL 60197 | | 1,850.00 | NA | NA | 0.00 |
| FASION BUG PO BOX 84073 COLUMBUS GA 31908 FASHION BUG PO BOX 85021 LOUISVILLE KY 40285 FASHION BUG PO BOX 319 MILFORD OH 45150 | | 1,250.00 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | SCHEDULED CLAIMS (from Form 6F) | ASSERTED CLAIMS (from Proof of Claim) | ALLOWED CLAIMS | CLAIMS PAID |
|---|---|---|---|---|---|
| HOME DEPOT CREDIT SERVICES PO BOX 689100 DES MOINES IA 50368 NORTHLAND GROUP INC PO BOX 390905 EDINA MN 55439 NORTHLAND GROUP INC PO BOX 390857 EDINA MN 55439 NORTHLAND GROUP INC PO BOX 390846 EDINA MN 55439 CITIBANK PO BOX 6001 THE LAKES NV 88901 | | 2,600.00 | NA | NA | 0.00 |
| HSBC CARD SERVICES PO BOX 81622 SALINAS CA 93912 HSBC CARD SERVICES PO BOX 80084 SALINAS CA 93912 HSBC CARD SERVICES PO BOX 17051 BALTIMORE MD 21297 HSBC CARD SERVICES PO BOX 80053 SALINAS CA 93912 DOMINION LAW ASSOCIATES PO BOX 62719 VIRGINIA BEACH | | 3,150.00 | NA | NA | 0.00 |
| HSBC CARD SERVICES PO BOX 81622 SALINAS CA 93912 HSBC CARD SERVICES PO BOX 80053 SALINAS CA 93912 HSBC CARD SERVICES PO BOX 17051 BALTIMORE MD 21297 HSBC CARD SERVICES PO BOX 88000 BALTIMORE MD 21288 | | 3,100.00 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PEEBLES PO BOX 659465 SAN ANTONIO TX 78265 WFNNB PO BOX 182782 COLUMBUS OH 43218 WFNNB BANKRUPTCY DEPT PO BOX 182125 COLUMBUS OH 43218 | | 1,000.00 | NA | NA | 0.00 |
| WAL MART PO BOX 981064 EL PASO TX 79998 WAL MART PO BOX 530927 ATLANTA GA 30353 GE MONEY BANK PO BOX 103104 ROSWELL GA 30076 | | 3,750.00 | NA | NA | 0.00 |
| WASHINGTON MUTUAL BANK PO BOX 9016 PLEASANTON CA 94566 WASHINGTON MUTUAL CARD SRVS PO BOX 660509 DALLAS TX 75266 WASHINGTON MUTUAL CARD SRVS PO BOX 660487 DALLAS TX 75266 WASHINGTON MUTUAL CARD SRVS PO BOX 660433 DALLAS TX 75266 | | 16,200.00 | NA | NA | 0.00 |
| AMERICAN EXPRESS BANK FSB | 7100-000 | 5,532.52 | 5,532.52 | 5,532.52 | 461.43 |
| CHASE BANK USA | 7100-000 | 1,429.94 | 1,429.94 | 1,429.94 | 119.26 |
| ECAST SETTLEMENT CORPORATION ASSIGN | 7100-000 | 2,999.39 | 2,999.39 | 2,999.39 | 250.16 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ECAST SETTLEMENT CORPORATION ASSIGN | 7100-000 | 3,036.11 | 3,036.11 | 3,036.11 | 253.22 |
| ECAST SETTLEMENT CORPORATION ASSIGN | 7100-000 | 1,888.48 | 1,888.48 | 1,888.48 | 157.51 |
| LVNV FUNDING LLC | 7100-000 | 3,786.58 | 3,786.58 | 3,786.58 | 315.81 |
| ROUNDUP FUNDING, LLC | 7100-000 | 16,083.48 | 16,083.48 | 16,083.48 | 1,341.41 |
| SPIRIT OF AMERICA NATIONAL BANK/FAS | 7100-000 | 1,107.33 | 1,107.33 | 1,107.33 | 92.35 |
| TOTAL GENERAL UNSECURED CLAIMS | | $ 88,013.83 | $ 35,863.83 | $ 35,863.83 | $ 2,991.15 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

Exhibit 8

| Case No: | 5-08-50222 RK | Judge: ROSS KRUMM | Trustee Name: | JOHN G. LEAKE |
|---|---|---|---|---|
| Case Name: | PHILLIPS, ROBERT D | | Date Filed (f) or Converted (c) | 03/13/08 (f) |
| | PHILLIPS, S HEATHER | | 341(a) Meeting Date: | 04/09/08 |
| For Period Ending: | 07/27/09 | | Claims Bar Date: | 08/05/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL ESTATE<br>CURRENT MARITAL RESIDENCE LOCATED 146 LOCUST TREE LANE, FRONT ROYAL VA 22630 | 211,700.00 | 0.00 | DA | 0.00 | FA |
| 2. BANK ACCOUNT<br>CHECKING ACCOUNT WITH WACHOVIA BANK | 200.00 | 200.00 | | 200.00 | FA |
| 3. HOUSEHOLD GOODS | 2,300.00 | 0.00 | DA | 0.00 | FA |
| 4. WEARING APPAREL | 600.00 | 0.00 | DA | 0.00 | FA |
| 5. JEWELRY<br>WEDDING RINGS | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 6. TAX REFUNDS<br>2007 TAX REFUNDS | 4,000.00 | 4,000.00 | | 4,800.00 | FA |
| 7. AUTOMOBILE/2005 DODGE RAM P/U TRUCK | 21,000.00 | 0.00 | DA | 0.00 | FA |
| 8. CAMPER<br>2006 LANCE LITE 1055 TRUCK CAMPER | 17,775.00 | 0.00 | DA | 0.00 | FA |
| 9. Post-Petition Interest Deposits (u) | Unknown | N/A | | 3.27 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $258,575.00   $4,200.00   $5,003.27   $0.00
(Total Dollar Amount in Column 6)

---

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

DISBURSED FUNDS March 04, 2009

Initial Projected Date of Final Report (TFR): 03/31/09   Current Projected Date of Final Report (TFR) 03/31/09

LFORM1
UST Form 101-7-TDR (4/1/2009) (Page 11)

Ver 14.31c

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page 1

Exhibit 9

| Case No: | 5-08-50222 -RK | Trustee Name: | JOHN G. LEAKE |
| Case Name: | PHILLIPS, ROBERT D | Bank Name: | BANK OF AMERICA |
| | PHILLIPS, S HEATHER | Account Number / CD #: | *******7706 Money Market - Interest Bearing |
| Taxpayer ID No: | *******1373 | | |
| For Period Ending: | 07/27/09 | Blanket Bond (per case limit): | $ 750,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/16/08 | 2, 6 | ROBERT D & S HEATHER PHILLIPS 146 LOCUST TREE LANE FRONT ROYAL VA 22630 | NON EXEMPT BANK ACCOUNT & TAX REFUN | 1129-000 | 1,500.00 | | 1,500.00 |
| 06/23/08 | 6 | ROBERT J O'NEILL ESQ 128 EAST MAIN STREET FRONT ROYAL VA 22630-3355 | NON EXEMPT TAX REFUNDS | 1124-000 | 3,500.00 | | 5,000.00 |
| 06/30/08 | 9 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 0.14 | | 5,000.14 |
| 07/31/08 | 9 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 0.64 | | 5,000.78 |
| 08/29/08 | 9 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 0.63 | | 5,001.41 |
| 09/30/08 | 9 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 0.62 | | 5,002.03 |
| 10/31/08 | 9 | BANK OF AMERICA | Interest Rate 0.100 | 1270-000 | 0.49 | | 5,002.52 |
| 11/28/08 | 9 | BANK OF AMERICA | Interest Rate 0.100 | 1270-000 | 0.40 | | 5,002.92 |
| 12/31/08 | 9 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.26 | | 5,003.18 |
| 01/30/09 | 9 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.04 | | 5,003.22 |
| 02/27/09 | 9 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.04 | | 5,003.26 |
| 03/04/09 | 9 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.01 | | 5,003.27 |
| 03/04/09 | | Transfer to Acct #*******8051 | Final Posting Transfer | 9999-000 | | 5,003.27 | 0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | 5,003.27 | 5,003.27 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 5,003.27 | |
| Subtotal | 5,003.27 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 5,003.27 | 0.00 | |

Page Subtotals    5,003.27    5,003.27

Ver: 14.31c

LFORM24
UST Form 101-7-TDR (4/1/2009) (Page 12)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page 2
Exhibit 9

| Case No: | 5-08-50222 -RK |
| Case Name: | PHILLIPS, ROBERT D |
| | PHILLIPS, S HEATHER |
| Taxpayer ID No: | *******1373 |
| For Period Ending | 07/27/09 |

| Trustee Name: | JOHN G. LEAKE |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD # | *******8051 Checking - Non Interest |
| Blanket Bond (per case limit) | $ 750,000.00 |
| Separate Bond (if applicable) | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/04/09 | | Transfer from Acct #*******7706 | Transfer In From MMA Account | 9999-000 | 5,003.27 | | 5,003.27 |
| 03/04/09 | 001001 | JOHN G LEAKE, TRUSTEE 1000 S. HIGH STREET HARRISONBURG, VA 22801 | Chapter 7 Compensation/Fees | 2100-000 | | 1,250.32 | 3,752.95 |
| 03/04/09 | 001002 | JOHN G LEAKE, TRUSTEE 1000 S. HIGH STREET HARRISONBURG, VA 22801 | Chapter 7 Expenses | 2200-000 | | 84.34 | 3,668.61 |
| 03/04/09 | 001003 | DALE A DAVENPORT ESQ 342 SOUTH MAIN STREET HARRISONBURG VA 22801 | ATTORNEY FOR TRUSTEE FEES | 3210-000 | | 676.50 | 2,992.11 |
| 03/04/09 | 001004 | DALE A DAVENPORT ESQ 342 SOUTH MAIN STREET HARRISONBURG VA 22801 | ATTORNEY FOR TRUSTEE EXPENSES | 3220-000 | | 0.96 | 2,991.15 |
| 03/04/09 | 001005 | Roundup Funding, LLC MS 550 PO Box 91121 Seattle, WA 98111-9221 | Claim 000001, Payment 8.34030% XXXX-XXXX-XXXX-1766 | 7100-000 | | 1,341.41 | 1,649.74 |
| 03/04/09 | 001006 | SPIRIT OF AMERICA NATIONAL BANK/FASHION BUG FIRST EXPRESS PO BOX 856021 LOUISVILLE, KY 40285 | Claim 000002, Payment 8.33988% 5930 | 7100-000 | | 92.35 | 1,557.39 |
| 03/04/09 | 001007 | Chase Bank USA c/o WEINSTEIN & RILEY, P.S. 2001 Western Avenue, Suite 400 Seattle, WA 98121 | Claim 000003, Payment 8.34021% XXXX-XXXX-XXXX-4944 | 7100-000 | | 119.26 | 1,438.13 |
| 03/04/09 | 001008 | American Express Bank FSB c/o Becket and Lee LLP POB 3001 | Claim 000005, Payment 8.34032% XXXX-XXXX-XXXX-1006 | 7100-000 | | 461.43 | 976.70 |

Page Subtotals    5,003.27    4,026.57

Ver: 14.31c
LFORM24
UST Form 101-7-TDR (4/1/2009) (Page 13)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page 3
Exhibit 9

| Case No: | 5-08-50222 -RK |
| --- | --- |
| Case Name | PHILLIPS, ROBERT D |
|  | PHILLIPS, S HEATHER |
| Taxpayer ID No. | *******1373 |
| For Period Ending | 07/27/09 |

| Trustee Name | JOHN G LEAKE |
| --- | --- |
| Bank Name | BANK OF AMERICA |
| Account Number / CD # | *******8051 Checking - Non Interest |
| Blanket Bond (per case limit) | $ 750,000.00 |
| Separate Bond (if applicable) | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/04/09 | 001009 | eCAST Settlement Corporation assignee of HSBC Bank Nevada and its Assigns POB 35480 Newark NJ 07193-5480 Malvern PA 19355-0701 | Claim 000006, Payment 8.34036% XXXX-XXXX-XXXX-9245 | 7100-000 | | 250.16 | 726.54 |
| 03/04/09 | 001010 | eCAST Settlement Corporation assignee of HSBC Bank Nevada and its Assigns POB 35480 Newark NJ 07193-5480 | Claim 000007, Payment 8.34028% XXXX-XXXX-XXXX-0062 | 7100-000 | | 253.22 | 473.32 |
| 03/04/09 | 001011 | LVNV Funding LLC Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | Claim 000008, Payment 8.34024% 5038 | 7100-000 | | 315.81 | 157.51 |
| 03/04/09 | 001012 | eCAST Settlement Corporation assignee of HSBC Bank Nevada and its Assigns POB 35480 Newark NJ 07193-5480 | Claim 000009, Payment 8.34057% XXXX-XXXX-XXXX-8228 | 7100-000 | | 157.51 | 0.00 |

|  | | |
| --- | --- | --- |
| COLUMN TOTALS | 5,003.27 | 5,003.27 | 0.00 |
| Less: Bank Transfers/CD's | 5,003.27 | 0.00 |
| Subtotal | 0.00 | 5,003.27 |
| Less: Payments to Debtors | | 0.00 |
| Net | 0.00 | 5,003.27 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| Money Market - Interest Bearing - *******7706 | 5,003.27 | 0.00 | 0.00 |
| Checking - Non Interest - *******8051 | 0.00 | 5,003.27 | 0.00 |
| | 5,003.27 | 5,003.27 | 0.00 |

Page Subtotals  0.00  976.70

Ver: 14.31c

LFORM24
UST Form 101-7-TDR (4/1/2009) (Page 14)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

Exhibit 9

| Case No: | 5-08-50222 -RK | Trustee Name: | JOHN G LEAKE |
| Case Name: | PHILLIPS, ROBERT D | Bank Name: | BANK OF AMERICA |
| | PHILLIPS, S HEATHER | Account Number / CD # | *******8051 Checking - Non Interest |
| Taxpayer ID No: | *******1373 | | |
| For Period Ending: | 07/27/09 | Blanket Bond (per case limit) | $ 750,000.00 |
| | | Separate Bond (if applicable) | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 0.00

Ver. 14.31c

LFORM24
UST Form 101-7-TDR (4/1/2009) (Page 15)